**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ANGELA DUARTE, | ) | |
| | ) | 12-cv-6321 |
| Plaintiff, | ) | |
| | ) | Judge Marvin E. Aspen |
| vs. | ) | |
| | ) | |
| COMMERCIAL RECOVERY SYSTEMS, INC., | ) | |
| and SANTANDER CONSUMER USA INC. , | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SETTLEMENT

Plaintiff hereby informs the Court that the parties have reached a settlement in principle but require additional time to memorialize the settlement in writing. Plaintiff expects to complete the settlement and file a Notice of Dismissal within 45 days.

        Respectfully submitted,

        s/ Sharon Goott Nissim
        Sharon Goott Nissim

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Sharon Goott Nissim
EDELMAN, COMBS, LATTURNER
& GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

## **CERTIFICATE OF SERVICE**

  I, Sharon Goott Nissim, hereby certify that on January 24, 2013, I caused to be filed the foregoing documents via the CM/ECF System, which sent automatic notification to the following:

David H. Latham (dhlatham@lathamlaw.net)

David J. Frankel (dfrankel@sormanfrankel.net)

                    s/ Sharon Goott Nissim
                    Sharon Goott Nissim