**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ANGELA DUARTE, | ) | |
| | ) | 12-cv-6321 |
| Plaintiff, | ) | |
| | ) | Judge Marvin E. Aspen |
| vs. | ) | |
| | ) | |
| COMMERCIAL RECOVERY SYSTEMS, INC., | ) | |
| and SANTANDER CONSUMER USA INC. , | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1), plaintiff Angela Duarte and defendants Commercial Recovery Systems, Inc. and Santander Consumer USA Inc. hereby stipulate to the dismissal of plaintiff's claims against defendants, with prejudice, and dismissal of cross-plaintiff's claims against cross-defendant, with prejudice, with each party to bears its own costs and fees. The Court shall retain jurisdiction to enforce the terms of the settlement of all claims.

| | |
|---|---|
| **ANGELA DUARTE** | **COMMERCIAL RECOVERY SYSTEMS, INC.** |
| By: s/ Sharon Goott Nissim<br>One of Her Attorneys | By: s/ David H. Latham<br>One of Their Attorneys |
| Daniel A. Edelman<br>Cathleen M. Combs<br>James O. Latturner<br>Sharon Goott Nissim<br>EDELMAN, COMBS, LATTURNER & GOODWIN, LLC<br>120 South LaSalle Street, 18th Floor<br>Chicago IL 60603<br>(312) 739-4200 | David H. Latham<br>Law Offices of David H. Latham<br>150 North Wacker Drive<br>Suite 1400<br>Chicago, IL 60606<br>(312) 782-1910 |
| | **SANTANDER CONSUMER USA INC.** |
| | By: s/ David J. Frankel<br>One of Their Attorneys |
| | David Joseph Frankel<br>Sorman & Frankel, Ltd.<br>203 North LaSalle Street<br>Suite 2350<br>Chicago, IL 60601<br>312/332-3535 |

**CERTIFICATE OF SERVICE**

      I, Sharon Goott Nissim, hereby certify that on March 27, 2013, I caused to be filed the foregoing document via the CM/ECF System, which sent automatic electronic notification to the following parties:

David H. Latham (dhlatham@lathamlaw.net)

David J. Frankel (dfrankel@sormanfrankel.net)

                                      s/ Sharon Goott Nissim
                                      Sharon Goott Nissim